IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dana Dukes Tyler, | ) | |
| | ) | C/A No. 6:15-0770-MBS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Dana Dukes Tyler brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits and supplemental security income.   On April 14, 2016, the court remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This matter now is before the court on Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed July 1, 2016. By stipulation filed July 14, 2016, counsel for both parties inform the court that, on consultation, the parties have agreed that an award of attorney's fees of $4,500.00 and expenses of $16.00 is reasonable in this case.

Plaintiff's motion for fees and costs under the EAJA (ECF No. 31), as modified by stipulation (ECF No. 32), is **granted** in the amount of $4,516.00, such amount to be made payable directly to Plaintiff, as required by Astrue v. Ratliff, 560 U.S. 586 (2010).  The award is without

prejudice to the rights of Plaintiff's counsel to seek attorney's fees under 42 U.S.C. § 406.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

July 19, 2016

2